Order issued October 19, 2012

00451



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00836-CV

**JOHN REEDER, Appellant**

**V.**

**BILLIE BREWER CURRY, INDIVIDUALLY AND
AS SUCCESSOR TO W.C. BREWER, DECEASED, ET AL., Appellees**

## ORDER

We **GRANT** appellant's October 17, 2012 unopposed motion to transfer the clerk's record from a prior appeal. We **DIRECT** the Clerk of this Court to transfer the clerk's record from appellate cause number 05-07-01062-CV into appellate cause number 05-12-00836-CV. We further **DIRECT** the Clerk of this Court to file a copy of this order in appellate cause number 05-07-01062-CV.

_____
CAROLYN WRIGHT
CHIEF JUSTICE